360 A.2d 636

COMMONWEALTH

v.

TURNER, Appellant.

Submitted February 17, 1976. Barry A. Yelen, Assistant Public Defender, for appellant; John J. Gill, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.